UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHAMED SOARE,

Plaintiff(s),

-against-

JOSEPH EDLOW, Director U.S. Citizenship and Immigration Services, MARKWAYNE MULLIN, Secretary U.S. Department of Homeland Security, SUSIE QUINTANA, New York Field Office Director, U.S. Citizenship and Immigration Services,

Defendants.

26-CV-5454 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 11, 2026, the Court ordered defendants to "promptly review plaintiff's file, inquire with the agency, and determine, in the next 21 days, whether the relief requested by plaintiff can be afforded" and to "file a status report at that time." To date, no status report has been filed. The Court hereby ORDERS that on or before **September 4, 2026, at 5 PM**, defendants file a status report.

SO ORDERED.

Dated: September 2, 2026
New York, New York



ARUN SUBRAMANIAN
United States District Judge