**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MAHAMED SOARE,

Plaintiff,

26 **CIVIL** 5454 (AS)

-v-

**JUDGMENT**

JOSEPH EDLOW, Director
U.S. Citizenship and Immigration Services,

MARKWAYNE MULLIN, Secretary
U.S. Department of Homeland Security,

SUSAN QUINTANA, New York Field Office Director,
U.S. Citizenship and Immigration Services,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 8, 2026, Plaintiff's Complaint and all claims therein are hereby remanded to U.S. Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party. This remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-400) within sixty (60) days of the Stipulation and Order of Remand being so-ordered by the Court.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**